NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COREY DEMOND STOGLIN,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2013-3158

---

Petition for review of the Merit Systems Protection Board in No. CH4324120389-I-1.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Corey Demond Stoglin moves to reinstate his petition for review.

On January 15, 2014, this court dismissed Stoglin's petition for failure to file a complying informal brief. The court notes that on July 25, 2014 Stoglin submitted his brief.

2                                         STOGLIN v. MSPB

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The court's January 15, 2014 order is vacated, the mandate is recalled, the case is reinstated, and Stoglin's brief is accepted for filing.

(2) The Merit Systems Protection Board should calculate the due date of its responsive brief from the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24